notice of motion for such examination. Order modified on the law and the facts by granting an examination as to item 6 of the notice of motion. As so modified, the order is affirmed, with $10 costs and disbursements to appellant, the examination to proceed on five days' notice. The denial of the item granted by this determination was an improvident exercise of discretion. (*Fried* v. *Garden State Tanning, Inc.*, 272 App. Div. 939; *Royce* v. *Ziegfeld*, 224 App. Div. 651; *Foley* v. *Long Island R. R. Co.*, 242 App. Div. 780.) Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

FRANK J. NARDOZZI, Respondent, v. MARION P. GOODING, Appellant. (Appeal No. 1.) — Order denying defendant's motion to compel plaintiff to reply to defendant's second and third affirmative defenses, and granting plaintiff's motion to strike out the second affirmative defense, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

FRANK J. NARDOZZI, Respondent, v. MARION P. GOODING, Appellant. (Appeal No. 2.) — Order denying defendant's motion to strike out plaintiff's reply and for judgment on the pleadings, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

ARTHUR E. NELSON, as Administrator with the Will Annexed of PETER J. T. NELSON, Deceased, Respondent, v. ANNIE BOHLIN, Appellant, et al., Defendants.— In an action to set aside certain transfers of personal property, judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *post*, p. 868.]

ERSILIA PETRUCCI, Appellant, v. ARNOLD ALBERT, Respondent.— In an action to restrain the use of a trade name, judgment, entered in favor of defendant on the merits, after trial before an official referee, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Adel and Wenzel, JJ.; Sneed, J., not voting.

JEAN PFISTER, Respondent, v. ABE COOPERSMITH, Appellant.— Respondent landlord instituted a proceeding in the Municipal Court of the City of New York to obtain possession, for her own use, of premises formerly rented to tenant appellant. On the hearing the court dismissed the petition because the landlord had failed to obtain a certificate from the temporary rent commission of the city of New York. (Administrative Code of City of New York, § U41-7.0.) On appeal to the Appellate Term the order of the Municipal Court was reversed and a new trial ordered. Order unanimously affirmed, without costs. No opinion. Permission to appeal to the Court of Appeals is hereby granted. Pending the appeal and conditioned on the diligent prosecution thereof, a stay is granted to appellant. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAISY COLEMAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of selling alcoholic beverages without an appropriate license therefor (Alcoholic Beverage Control Law, §§ 100, 130) and imposing sentence, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOLLIE SCHWARTZ, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of the Multiple Dwelling Law and imposing a fine, reversed on the law, the information dismissed and the fine remitted. There was no proof of